UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>KEOPHOTHONE ROUNOUBON, *also known as* Kevin, *also known as* Bear,<br><br>           Defendant. | 4:23-cr-40106-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On January 26, 2024, defendant, Keophothone Rounoubon, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to Count 1 of the Indictment. Count 1 of the Indictment charges Rounoubon with conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. Both parties waived any objection to the report and recommendation. Upon review of the record, it is

ORDERED that the report and recommendation (Docket 40) is adopted. The defendant is adjudged guilty of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. It is

FURTHER ORDERED that the sentencing hearing in this matter will be held on April 16, 2024, at 10:00 a.m. in Sioux Falls Courtroom 2.

Dated January 29, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE